# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| **Kevin Cervenka, individually and on behalf of all others similarly situated,** *Plaintiff,* v. **Jumpp Logistics, LLC and Couch Goat Quandary, LLC,** *Defendants.* | No. 4:21-cv-00813 NOTICE OF FILING FLSA CONSENT FORM |

## NOTICE OF FILING FLSA CONSENT FORM

Pursuant to 29 U.S.C. § 216(b), the undersigned counsel files the following consent *attached as* Exhibit 1 on behalf of Kevin Cervenka who opts into this action as a party-plaintiff.

Respectfully submitted,

By: */s/ Drew N. Herrmann*
Drew N. Herrmann
Texas Bar No. 24086523
*drew@herrmannlaw.com*
Pamela G. Herrmann
Texas Bar No. 24104030
*pamela@herrmannlaw.com*

**HERRMANN LAW, PLLC**
801 Cherry St., Suite 2365
Fort Worth, TX 76102
(817) 479-9229 – telephone
(817) 840-5102 – fax

ATTORNEYS FOR PLAINTIFF
AND COLLECTIVE MEMBERS

1

CERTIFICATE OF SERVICE

I certify that on October 12, 2021 a true and correct copy of the above document will be served via the Court's *CM/ECF* system.

*/s/ Drew N. Herrmann*
Drew N. Herrmann
