**PROPOSED EMAIL NOTICE**

Exhibit 12

**Subject line**:   Your Right to Join Delivery Drivers in a Lawsuit Against Jumpp Logistics

You are receiving this email because you may be eligible to join a collective action lawsuit seeking to recover unpaid wages against Jumpp Logistics, LLC and Couch Goat Quandry, LLC (collectively, "Jumpp").

If you were classified by Jumpp as an independent contractor while working as a delivery driver at any time in the past (3) years, you may be entitled to join a lawsuit for unpaid wages.

A Notice was also mailed to you at the last known mailing address Jumpp had on file for you. The information is also available at the following link [URL]

The deadline to sign and return your Consent to Join Lawsuit form is [Insert Date]. You may submit your signed consent electronically at [URL]; by email consents@herrmannlaw.com, or by mailing it to the Plaintiff's lawyers.

For additional information about the case, including how to join, you may call the Plaintiff's attorneys listed below.

| | |
|---|---|
| Drew N. Herrmann | Jerry Murad, Jr. |
| Pamela G. Herrmann | **Law Office of Jerry Murad** |
| **Herrmann Law, PLLC** | P.O. Box 470067 |
| 801 Cherry Street, Suite 2365 | Fort Worth, Texas 76147 |
| Fort Worth, TX 76102 | Telephone: (817) 335-5691 |
| Telephone: (817) 479-9229 | Fax: (817) 870-1162 |
| Fax: (817) 840-5102 | Email: jerrymurad@mac.com |
| Email: drew@herrmannlaw.com | |
|        pamela@herrmannlaw.com | |