## **PROPOSED TEXT MESSAGE NOTICE**



Exhibit 13

If you worked as a delivery driver for Jumpp and were classified as an independent contractor, you may be entitled to join a lawsuit to recover unpaid wages.

For more information, including how to join, visit: [URL]. The deadline to sign and return your Consent to Join Lawsuit form is [Insert Date].