**PROPOSED REMINDER POSTCARD**

Exhibit 14

## IMPORTANT REMINDER NOTICE

Notice Materials were recently sent to you regarding your right to join a lawsuit against Jumpp Logistics, LLC and Couch Goat Quandry, LLC (collectively, "Jumpp").

In order to participate in this lawsuit, you must sign and return the *Consent to Join Lawsuit* form contained in the Notice Materials previously sent to you. You must submit your signed consent form on or before [deadline].

If you misplaced or did not receive the Notice Materials, please contact the Plaintiff's attorneys (full contact information below) by calling (817) 479-9229 or emailing drew@herrmannlaw.com to request a copy to be mailed or emailed to you.

You may also obtain a copy of the Notice Materials regarding your rights to join this lawsuit at the following website: [URL]

For additional information about the case, including how to join, you may contact the Plaintiff's attorneys listed below.

| | |
|---|---|
| Drew N. Herrmann<br>Pamela G. Herrmann<br>**Herrmann Law, PLLC**<br>801 Cherry Street, Suite 2365<br>Fort Worth, TX 76102<br>Telephone: (817) 479-9229<br>Fax: (817) 840-5102<br>Email: drew@herrmannlaw.com<br>pamela@herrmannlaw.com | Jerry Murad, Jr.<br>**Law Office of Jerry Murad**<br>P.O. Box 470067<br>Fort Worth, Texas 76147<br>Telephone: (817) 335-5691<br>Fax: (817) 870-1162<br>Email: jerrymurad@mac.com |