UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| KEVIN CERVENKA, *individually and on behalf of all others similarly situated* | § § § § | |
| v. | § § | CIVIL NO. 4:21-CV-813-SDJ |
| JUMPP LOGISTICS, LLC, ET AL. | § § | |

**<u>ORDER</u>**

Due to expected inclement weather on Monday, January 26, 2026, the status conference set for that day is **CANCELLED**. The Court will contact the parties to reschedule the status conference for a later date.

**So ORDERED and SIGNED this 22nd day of January, 2026.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE